**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: January 3, 2018**

_____

WWR#20589907

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Elikim Shabazz, | : | Case No. 1:17-bk-13397 |
| | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Beth A. Buchanan |

### ORDER GRANTING MOTION TO CONFIRM INAPPLICABILITY OF THE AUTOMATIC STAY [DOCKET NO. 27]

Upon the Motion of TruPartner Credit Union, Inc. to Confirm Inapplicability of the Automatic Stay and for good cause shown, the Motion is hereby GRANTED. The Automatic Stay will not take effect in the event Elikim Shabazz files a Petition for Relief under the Bankruptcy Code prior to July 7, 2018, pursuant to 11 U.S.C. (c)(4)(A)(i).

**SO ORDERED.**

Submitted By:

/s/ Scott D. Fink_____
SCOTT D. FINK #0069022
**Weltman, Weinberg & Reis Co., L.P.A.**
965 Keynote Circle
Brooklyn Heights, OH  44131
(216) 739-5644
(216) 739-5680 (fax)
sfink@weltman.com
Counsel for Creditor,
TruPartner Credit Union

Copies to:
Default List

# # #